# Third District Court of Appeal

## State of Florida

Opinion filed April 29, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2040
Lower Tribunal No. 23-28858-CA-01

_____

**Martinez-Cid Law, et al.,**
Appellants,

vs.

**Fete & Events, Inc., et al.,**
Appellees.

An appeal from a non-final order from the Circuit Court for Miami-Dade County, William Thomas, Judge.

Podhurst/Orseck and Stephen F. Rosenthal and Christina H. Martinez, for appellants.

Gunster and Michael B. Green and Lawrence G. Horsburgh and Jonathan K. Osborne, for appellees.

Before SCALES, C.J., and LOGUE and LOBREE, JJ.

PER CURIAM.

Affirmed.